MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5589
Facsimile: (408) 535-5066
Email: meredith.edwards@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIA AREVALO, <br><br> Defendant. | No. CR 13-71052 HRL <br><br> STIPULATION AND [~~PROPOSED~~] ORDER VACATING AND RESCHEDULING HEARING DATE |

## STIPULATION

The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendant Maria Arevalo, by and through her counsel Hugh Anthony Levine, hereby stipulate that, with the Court's approval, the defendant's arraignment, currently scheduled before this Court on Tuesday, September 17, 2013, at 1:30 p.m., be vacated and rescheduled for Thursday, October 10, 2013, at 8:30 a.m., before the Honorable Paul S. Grewal. The rescheduling is requested on behalf of both parties to allow government counsel additional time

//

1

to obtain and review discovery before filing formal charges.

It is so stipulated.

Dated: September 13, 2013

/s/
MEREDITH J. EDWARDS
Special Assistant United States Attorney

Dated: September 13, 2013

/s/
HUGH ANTHONY LEVINE
Attorney for Maria Arevalo

1 | **[PROPOSED] ORDER**

Pursuant to the agreement and stipulation of the parties, the Court hereby orders that the arraignment in this case, before this Court on Tuesday, September 17, 2013, at 1:30 p.m., be vacated and rescheduled for Thursday, October 10, 2013, at 8:30 a.m., before the Honorable Paul S. Grewal.

IT IS SO ORDERED.

DATED: 9/16/13

_____
HOWARD R. LLOYD
United States Magistrate Judge